IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUSAN BARISH                    :        CIVIL ACTION
                                :
        v.                      :
                                :
SECURITY MUTUAL LIFE INSURANCE  :
COMPANY OF NEW YORK             :        NO. 02-4244


ORDER


        AND NOW, this      day of July, 2002, after a
telephone conference with counsel and by agreement of the
plaintiff, it is hereby ORDERED that the complaint is DISMISSED
without prejudice.

                        BY THE COURT:


                        _____
                                                     J.